No. 73–5403. Merrill v. United States. C. A. 8th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari. 

No. 73–5449. Shepherd v. Ross et al. C. A. 4th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari. 

No. 73–5502. Pinell v. Superior Court of California, County of Marin, et al. Ct. App. Cal., 1st App. Dist. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5517. Tinsley v. Kentucky. Ct. App. Ky. Certiorari denied. Mr. Justice Douglas would grant certiorari. 

No. 73–5519. Karalla v. Michigan. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5542. Pugh et al. v. Gerstein. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari. 